UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------
ADAM ROKUSON,

                  Plaintiff,                  Docket No.: 1:12-cv 01615
                                                                                    WFK-VMS

   -against-

CENTURY EMPIRE SZECHUAN RESTAURANT INC.
HELEN (LAST NAME UNKNOWN), *Individually*, and
EMPIRE KING, INC.

                  Defendants.
-----------------------------------------------------------

**IT IS HEREBY STIPULATED BY AND BETWEEN THE UNDERSIGNED COUNSEL**, pursuant to the Court's Order of November 23, 2015, that the defense motion to dismiss, bearing docket no. 41, is withdrawn with leave to refile on the same papers within ten days of the unsuccessful conclusion of the mediation.

The moving defendants expressly preserve, and in no way waive, the objections set forth in their letter to the Court bearing docket no. 44.

Dated: New York, New York
        November 24, 2015

                                                            Brendan W. Nolan, Esq.
                                                           Heng Wang & Associates, P.C.
                                                           7 Mott Street, Suite 600
                                                           New York, NY 10013
                                                           (646) 543-5848

brendan.nolan@wanggaolaw.com
Attorneys for Moving Defendants


_____
Marjorie Mesidor
Phillips & Associates, PLLC
45 Broadway, Suite 620
New York, NY 10006
(212)248-7431
MMesidor@tpglaws.com
Attorneys for Plaintiff