*Knowledge, Focus, Expertise*

# HENG WANG & ASSOCIATES P.C.

7 Mott Street, Suite 600
New York, NY 10013
Telephone: (646) 543-5848
Facsimile:  (646) 572-8998

*Brendan W. Nolan, Esq*
*Brendan.Nolan@wanggaolaw.com*

February 5, 2016

Magistrate Judge Vera M. Scanlon
U.S. District Court
 Eastern District of New York
225 Cadman Plaza East, 505 North
Brooklyn, NY 11201

Via ECF

Re: Rokuson v. Century Empire
Docket No. 1:12 –cv-1615

Dear Judge Scanlon:

    We represent the named defendants in the captioned matter.

    We write with respect to your Status Report Order, filed December 23, 2015. You directed, therein, that a joint status letter be filed by February 9, 2016. This correspondence will serve as the joint status letter.

    Please be advised that Joseph J. Ortego, Esq., of Nixon Peabody, successfully mediated this case on February 2, 2016. I am drafting the requisite documentation to implement the settlement.

    Counsel to the plaintiff joins me in this letter.

Sincerely,

/s/

Brendan W. Nolan, Esq.