<table>
<tr><td>

7 Mott Street, Suite 600
New York, NY 10013
Telephone: (646) 543-5848
Facsimile: (646) 572-8998

</td><td>

*Knowledge, Focus, Expertise*

# HENG WANG & ASSOCIATES P.C.

</td></tr>
</table>

*Brendan W. Nolan, Esq*
*Brendan.Nolan@wanggaolaw.com*

April 4, 2016

Magistrate Judge Vera M. Scanlon
U.S. District Court
 Eastern District of New York
225 Cadman Plaza East, 505 North
Brooklyn, NY 11201

Via ECF

Re: Rokuson v. Century Empire
Docket No. 1:12 –cv-1615

Dear Judge Scanlon:

    We represent the named defendants in the captioned matter.

    On March 16, 2016, you ordered that the parties file a stipulation of dismissal by today.

    This matter was settled at mediation. The parties have largely agreed to a settlement agreement. They are at an impasse with respect to the effective date for the agreement and whether a confession of judgment will be tendered.  Accordingly, the parties request the Court's assistance with resolving these issues.

    I will be out of state next week.

    Thank you.

Sincerely,

/s/

Brendan W. Nolan, Esq.