BRENDAN W. NOLAN, ESQ.
12 Kirkwood Place
Caldwell, NJ 07006-5127
973.809.6751

April 25, 2016

Hon. William F. Kuntz
U.S. District Court
 Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Rokuson v. Century Empire
    Docket No. 1:12 cv 01615

Via ECF

Dear Judge Kuntz:

    I am one of the lawyers representing the named defendants. I write, pursuant to Local Rule 1.4, to withdraw as counsel to said parties.

I am not asserting a lien on the file. As Heng Wang, Esq., will remain as counsel to said parties, I request that service of this request upon the client be excused.

I request that you "So Order" this letter, and direct the Clerk of the Court to mark the docket accordingly.

Thank you.

Sincerely,

/s/

Brendan W. Nolan, Esq.

The application is ___ granted.
SO ORDERED   ✓ denied.
    s/ WFK
William F. Kuntz, II, U.S.D.J.
Dated: April 26, 2016
    Brooklyn, New York